# CROWELL LAW

943 Liberty Street SE - P.O. Box 923
Salem, Oregon 97308-0923
Tel: 503-581-1240
http://www.kite.com

Friday, March 08, 2013

United States District Court
Attn: Clerk of the Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

**RECEIVED**
MAR 11 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 13 80 056 MISC

SI

Re: Civil Subpoena - Yahoo
*Matot v. Does 1 – 5*; USDC Oregon, 6:13-cv-00153
Matter: 12-60001

Dear Sir or Madam:

Enclosed please find three copies of a civil subpoena in the matter of *Matot v. Does 1-5*, USDC Oregon, 6:13-cv-00153. It is requested the United States District Court for the Northern District of California issue these subpoenas, to be returned in the enclosed self addressed envelope for service on the named parties. A check for the fee of $46.00 is enclosed.

By my signature below, under penalty of perjury, I declare the information requested pursuant to this subpoena is material to the pending Oregon U.S. District Court Case 6:13-cv-00153 as supported by the Order of Judge Coffin, true copy enclosed.

Sincerely,

Carl D. Crowell
crowell@kite.com
503-581-1240

encls

3/8/13



AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| ADAM MATOT | ) CV 13 80 056 MISC |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| DOES 1-5 | ) |
| | ) (If the action is pending in another district, state where: |
| *Defendant* | ) District of Oregon ) |
| | (6:13-cv- 00153) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Compliance Team, Yahoo! Inc., 701 First Avenue, Sunnyvale, California 94089 and via fax at: 1-408-349-7941

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Basic subscriber information related to the email account for:
  jonessarah944@yahoo.com
  - including accessing IP addresses / IP logs.

| Place: Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240 | Date and Time: 04/18/2013 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/08/2013

        *CLERK OF COURT*

                                            OR

        *Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **ADAM MATOT** , who issues or requests this subpoena, are:

Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240.

Carl Crowell

**From:** info@ord.uscourts.gov
**Sent:** Tuesday, February 12, 2013 10:40 AM
**To:** nobody@ord.uscourts.gov
**Subject:** Activity in Case 6:13-cv-00153-TC Matot v. Does 1-5 Scheduling

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 2/12/2013 at 10:40 AM PST and filed on 2/12/2013
**Case Name:**       Matot v. Does 1-5
**Case Number:**     6:13-cv-00153-TC
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
ORDER: Order granting Motion to Expedite or Accelerate Discovery [5]. Plaintiff may: (1) subpoena records as to the identity of any party that created or had controlling access to any Twitter or Facebook account which identifies itself with the name and likeness of plaintiff and/or (2) use the information obtained from Twitter and Facebook, in particular any email address or internet service provider internet protocol address affiliated with control of the relevant Twitter and Facebook accounts, to subpoena any email service or internet service provider for such further information as may be needed to specifically identify the Doe defendants. Within 45 day from the date of this order, plaintiff shall either amend his complaint to identify the named defendants or request an extension of time to discovery defendants' identities. Ordered by Magistrate Judge Thomas M. Coffin. (plb)

**6:13-cv-00153-TC Notice has been electronically mailed to:**

Carl D Crowell    crowell@kite.com, carl@kite.com, carl_crowell@yahoo.com, ndunn@kite.com

**6:13-cv-00153-TC Notice will not be electronically mailed to:**

2/17/2013