AO 88B (Rev. 06/09) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ADAM MATOT | ) | CV 13 80 056MISC |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| DOES 1-5 | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | District of Oregon |
| | | (6:13-cv-00153) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Compliance Team, Yahoo! Inc., 701 First Avenue, Sunnyvale, California 94089 and via fax at: 1-408-349-7941

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material: Basic subscriber information related to the email account for:
jonessarah944@yahoo.com
- including accessing IP addresses / IP logs.

| Place: Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240 | Date and Time: 04/18/2013 0:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 03/08/2013

RICHARD W. WIEKING
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*     OR     *Attorney's signature*
GLORIA ACEVEDO

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ADAM MATOT
_____, who issues or requests this subpoena, are:
Carl D. Crowell, Crowell Law, 943 Liberty St. SE, PO Box 923, Salem, OR 97308; crowell@kite.com; 503.581.1240.